WINFREY ARMSTRONG v. THE STATE.

No. 6039.  Decided February 23, 1921.

Selling Intoxicating Liquors—Practice on Appeal.

In the absence of a statement of facts, there being a valid indictment and the other proceedings in the case appear to be regular, and no fundamental error pointed out. the judgment must be affirmed.

Appeal from the District Court of Camp. Tried below before the Honorable J. A. Ward.

Appeal from a conviction of selling intoxicating liquors; penalty, on year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.—Cited Gipson v. State, 216 S. E. Rep., 870; Grandberry v. State, 216 id., 164.

HAWKINS, JUDGE.—Appellant entered a plea of guilty in the District Court of Camp county under a charge for selling intoxicating liquors, and the jury upon said plea assessed his punishment at confinement in the penitentiary for one year.

The appellant, without filing a motion for new trial, gave notice of appeal to this court, and entered into a recognizance, and the case is before us without a statement of facts, brief for appellant, or exceptions of any kind in the record. The indictment and the other proceedings in the case appear to be regular; no fundamental error appears from the face of the record, and in the absence of a statement of facts we must presume the evidence was sufficient to authorize a conviction, and the judgment must be affirmed.

*Affirmed.*